UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Fred R. Reddig                          Chapter 7
Patricia C. Rddig                       Case No. 00-53948 TJT
        Debtor.               Hon. Thomas J. Tucker
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $4.61, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 8 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd. Ste. 200<br>Tucson, AZ 85712 | $ 4.61 |
| | **TOTAL:** | **$ 4.61** |

Dated:   5/13/2010         /s/ Frederick J. Dery
                                                  Frederick J. Dery, Trustee
                                                  803 W. Big Beaver
                                                  Suite 353
                                                  Troy, MI 48084
                                                  fdery@fredjdery.com